910

No. 877.   FELDMAN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied. *Allen S. Stim* and *Menahem Stim* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Loevinger* for the United States.

No. 880.   APPLEBY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied. *Robert V. Carton* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Harry Baum* and *L. W. Post* for respondent.

No. 883.   CHENU, ADMINISTRATOR, *v.* BOARD OF TRUSTEES, POLICE PENSION FUND, ARTICLE No. 1, ET AL.   Court of Appeals of New York.   Certiorari denied. *Joseph L. Forscher* for petitioner. *Adrien E. Laurencelle, Jr.* and *Mario Matthew Cuomo* for respondents.

No. 886.   FRASCONE *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied. *Albert J. Krieger* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 891.   ESTATE OF CARTER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied. *Lynn M. Ewing, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *Norman H. Wolfe* for respondent.

No. 892.   WOODS *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied. *Howard T. Savage* for petitioner.